

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00003-CV

**LAKEWOOD CAPITAL GROUP LLC** and Kerrville Acquisitions LLC,
Appellants

v.

**COMMISSIONERS' COURT OF KERR COUNTY, TEXAS** and Kerr County Judge Rob
Kelly,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 23444B
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motion to dismiss the appeal is
GRANTED and the appeal is DISMISSED. Costs of the appeal are taxed against appellants
Lakewood Capital Group, LLC and Kerrville Acquisitions, LLC. *See* TEX. R. APP. P. 42.1(d).

SIGNED February 7, 2024.

Luz Elena D. Chapa, Justice